1093 RUSSELL vs. INSPECTORS AND AGENT OF THE STATE PRISON, 4 M., 186.

To compel respondent to desist from teaching convicts in the State Prison the mechanical trade of wagon making, and from manufacturing wagons in said prison with convict labor.

Denied 1856.

Held, that it is for the agent of the prison to determine the question what trades are within the constitutional provision, and that the court will not interfere by mandamus to control the agent in the exercise of his discretion.

Whether a private individual can apply for a writ in such case, quere.

1094 FLYNN (Treasurer Board of World's Fair Managers) vs. AUDITOR GENERAL, No. 14017½, 99 M., 96.

To compel respondent to draw a warrant on the State Treasury in excess of appropriation, because certain moneys realized from sale of buildings, etc., had been converted into the treasury.

Denied February 12, 1894, without costs.

1095 LOSER ET AL. vs. BOARD OF MANAGERS OF SOLDIERS' HOME ET AL., No. 12886, 92 M., 633.

To compel vacation of a certain rule and order, relating to the pensions of inmates of the Soldiers' Home.

Denied June 28, 1892.